**Roy Walter KRIEGER, Plaintiff–Appellant,**

v.

**Commonwealth of VIRGINIA, Department of Social Services; Loudoun County, Department of Family Services; Warren County Department of Social Services; Jennifer Doyle, Defendants–Appellees,**

and

**Loudoun County, Department of Social Services, Defendant.**

**No. 14–2176.**

United States Court of Appeals, Fourth Circuit.

Submitted: March 27, 2015.

Decided: April 9, 2015.

Roy Walter Krieger, Appellant Pro Se. Mikie F. Melis, Office of the Attorney General of Virginia, Richmond, Virginia; Heather Kathleen Bardot, Bancroft, McGavin, Horvath & Judkins, PC, Fairfax, Virginia, for Appellees.

Before NIEMEYER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roy Walter Krieger appeals the district court's order accepting in part and rejecting in part the magistrate judge's recommendation and dismissing Krieger's 42 U.S.C. § 1983 (2012) complaint with prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Krieger v. Commonwealth of Va., Dep't of Soc. Servs.*, No. 5:13–cv–00073–MFU–JGW (W.D.Va. Sept. 30, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*